United States District Court
Southern District of Texas
**ENTERED**
November 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO: |
| v. | § § § | **UNDER SEAL** |
| ERIK IVAN ALVAREZ-CHAVEZ | § § | **H CR 17-651** |
| aka Jorge Ovidio Hernandez | § § | |
| aka George Hernandez | § § | |
| aka Casa Grande | § § § § § § § | |

## ORDER FOR ISSUANCE OF NOTICE

A _____CRIMINAL INDICTMENT_____ has been filed against the defendant who is

☐ Released on Condition   ☐ Detained   ☑ In Custody     It is

ORDERED that a notice be issued for the appearance of said defendant ERIK IVAN Alvarez-Chavez

at _11-14-17 @ 10:00 Am._

SIGNED at Houston, Texas, on _____November 3,__ 20 _17_ .

_____Dena Palermo_____
UNITED STATES MAGISTRATE JUDGE