## SENTENCE DATA SHEET

**DEFENDANT:** Victor Javiel Gonzalez

**CRIMINAL NO.:** H-4:17-cr-00651-3

**DEFENDANT'S IMMIGRATION STATUS:** United States Citizen.

**GUILTY PLEA:** Count Thirty:  Illegal dealing in firearms, Title 18, U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D)
Count Thirty-one:  Convicted felony in possession of a firearm, Title 18, U.S.C. § 922(g)(1).

**SUBSTANCE OF PLEA AGREEMENT:** Not applicable.

**COUNT 30:** Illegal dealing in firearms, Title 18, U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D)

**ELEMENTS:** <u>Illegal dealing in firearms</u>
1. That the defendant was a person engaged in the business of selling firearms at wholesale or retail on October 6 and 7, 2016.
2. That the defendant engaged in such business without a license issued under federal law.
3. That the defendant did so willfully, that is, that the defendant was dealing in firearms with knowledge that his conduct was unlawful.

**PENALTY:** Imprisonment not to exceed five years and a fine not to exceed $250,000.

**COUNT 31:** Convicted felon in possession of a firearm, Title 18, U.S.C. § 922(g)(1).

**ELEMENTS:** <u>Convicted felon in possession of a firearm</u>

1. The defendant must knowingly possess the firearm or ammunition.
2. At the time, the defendant had previously knowingly been convicted of a felony, to wit, an offense punishable by a term of imprisonment of at least one year.
3. The firearm or ammunition must have traveled in or affected interstate or foreign commerce.

**PENALTY:** Imprisonment not to exceed ten years and a fine not to exceed $250,000.

| | |
|---|---|
| **ALTERNATIVE FINE BASED ON GAIN OR LOSS:** | Not applicable. |
| **SENTENCING GUIDELINES:** | Advisory. |
| **SUPERVISED RELEASE:** | Applicable up to a maximum of three years (18 U.S.C. § 3583). |
| **SPECIAL ASSESSMENT:** | $100 per count of conviction (18 U.S.C. § 3013). |
| **ATTACHMENT:** | Proffer |