United States District Court
Southern District of Texas
**ENTERED**
June 30, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:17–cr–00651 |
| | § | |
| Victor Javiel Gonzalez | § | |

# ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Final Hearing on Supervised Release Violation
July 6, 2023 at 11:00 AM
Courtroom 701
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: June 30, 2023

Dena Hanovice Palermo
United States Magistrate Judge