# SENTENCE DATA SHEET

**DEFENDANT:** Hector Reyna

**CRIMINAL NO.:** H-4:17-cr-00651-18

**IMMIGRATION STATUS:** United States Citizen

**GUILTY PLEA:** Count 2: Aiding and Abetting Sex Trafficking of a Minor, in violation of Title 18, United States Code, Sections 1591(a) and (b)(2) and 2.

**SUBSTANCE OF PLEA AGREEMENT:** Pursuant to Federal Rules of Criminal Procedure 11(c)(1)(A) and (B), the defendant agrees to plead guilty to count 2 of the indictment. In exchange, the United States will not oppose the defendant's request for acceptance of responsibility. The United States will also dismiss the remaining counts against this Defendant at the time of sentencing. The defendant also waives his right to appeal and to collaterally attack his conviction.

**COUNT 2:** Aiding and Abetting Sex Trafficking of a Minor, in violation of Title 18, United States Code, Sections 1591(a) and (b)(2) and 2.

**ELEMENTS:** Aiding and Abetting Sex Trafficking of a Minor
1. That the offense of sex trafficking of a minor as described in elements 5 through 7, was committed by some person;
2. That the defendant associated with the criminal venture;
3. That the defendant purposefully participated in the criminal venture;
4. That the defendant sought by action to make that venture successful; and
5. That the person knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means NGL;
6. That the person committed such act knowing or in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act; and
7. That the person's acts were in or affected interstate or foreign commerce.

**PENALTY:** Imprisonment of not less than 10 years and not more than life and a fine not to exceed $250,000.

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:** Not applicable.

**SENTENCING**
**GUIDELINES:** Advisory.

**SUPERVISED**
**RELEASE:** Applicable. A minimum of 5 years and maximum of life (18 U.S.C. § 3583).

**SPECIAL**
**ASSESSMENT:** $100 per count of conviction (18 U.S.C. § 3013). In addition, pursuant to Title 18, United States Code, Section 3014, should the Court determine that Defendant is not indigent, Defendant would also have to pay to the Clerk of the United States District Court a special assessment in the amount of five thousand dollars ($5,000.00) per count of conviction.

**ATTACHMENT:** Plea Agreement