United States District Court
Southern District of Texas
**ENTERED**
January 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| V. | § § | CRIMINAL NO. H-17-561-2 |
| WILLIAM ALBERTO LOPEZ | § § § | |

## REPORT AND RECOMMENDATION

Before the court, by referral pursuant to 28 U.S.C. §636(b), is the matter of the re-arraignment of William Alberto Lopez, the defendant in this action. On January 10, 2025, Defendant Lopez appeared with counsel before the undersigned magistrate judge for the purpose of entering a guilty plea to Counts 1 and 4 of the Superseding Indictment, which charges him with conspiracy to engage in sex trafficking by means of force, threats, fraud, or coercion and aiding and abetting sex trafficking by means of force, threats, fraud and coercion, in violation of 18 U.S.C. §§ 1594(c) and 1591(a) and 2.

Lopez consented in writing to plead guilty before a United States Magistrate Judge. After conducting the proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

    1.    Lopez, after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be

advised of his rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval and imposition of sentence by United States District Judge Charles Eskridge.

2. Lopez is fully competent and capable of entering an informed plea.

3. Lopez is aware of the nature of the charges, the maximum and minimum punishment range and other penalties that may be imposed at sentencing.

4. Lopez understands his constitutional and statutory rights and wishes to waive those rights.

5. Lopez understands that the sentencing judge is not bound by any recommendation on sentencing made by either counsel for the government or counsel for the defendant, and that if a recommendation on sentencing is not followed by the sentencing judge, he may not withdraw his plea of guilty.

6. Lopez's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Counts 1 and 4 of the Superseding Indictment.

Based upon the foregoing, it is **RECOMMENDED** that the guilty plea of William Alberto Lopez to Counts 1 and 4 of the Superseding Indictment be accepted by the court and that William Alberto Lopez be adjudged guilty of the offenses alleged in Counts 1 and 4 of the Superseding Indictment.

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from the receipt thereof to file written objections thereto pursuant to General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

SIGNED at Houston, Texas, this 10 day of January, 2025.

                                                        Peter Bray
                                      United States Magistrate Judge