IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 4:17-cr-651 |
| | § | (Hon. Charles R. Eskridge III) |
| WILLIAM ALBERTO LOPEZ (6) | § | |

## MOTION TO WITHDRAW PLEA OF GUILTY

TO THE HONORABLE CHARLES R. ESKRIDGE III:

COMES NOW WILLIAM ALBERTO LOPEZ, DEFENDANT, thorough counsel Sean Buckley, and files his Motion to Withdraw Plea of Guilty, showing the Honorable Court as follows:

1. **Defendant William Lopez respectfully requests permission to withdraw his plea of guilty.**

Defendant pled guilty to Counts 1 and 4 of the Superseding Indictment on January 10, 2025 pursuant to a plea agreement. Then, earlier today, Defendant instructed undersigned to file this Motion requesting permission to withdraw his plea of guilty.

Defendant respectfully requests an opportunity to directly address the Honorable Court to articulate the basis for his request to withdraw his plea of guilty.

1

2. **Relief requested.**

Defendant Lopez respectfully requests that the Honorable Court allow him to be heard, and furthermore, that he be allowed to withdraw his plea of guilty.

Respectfully submitted,

LAW OFFICES OF SEAN BUCKLEY PLLC

/s/ Sean Buckley
Sean Buckley
Texas Bar No. 24006675
175 Main Street, Suite A
Biloxi, MS 39530
(228) 933-4411
Sean@SeanBuckleyLaw.com

## Certificate of Conference

I certify that I discussed this motion with AUSA Adam Goldman on the 1st day of October, 2025. Mr. Goldman stated that the Government is OPPOSED.

/s/ Sean Buckley
Sean Buckley

## Certificate of Service

I certify that I provided a copy of this Motion to AUSA Adam Goldman and all parties via the ECF system on this the 1st day of October 2025.

/s/ Sean Buckley
Sean Buckley