IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| USA | § | CASE NO. 4:17-cr-00651-18 |
| | § | HOUSTON, TX |
| VERSUS | § | MONDAY, |
| | § | NOVEMBER 13, 2017 |
| MONTES ET AL | § | 11:00 TO 11:07 AM |

<u>DETENTION HEARING</u>

BEFORE THE HONORABLE FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE

<u>APPEARANCES:</u>

FOR THE PARTIES:                SEE NEXT PAGE

COURT REPORTER:                TRACEY CONRAD

COURT CLERK:                  BEVERLY WHITE

TRANSCRIPTION SERVICE BY:

Veritext Legal Solutions
330 Old Country Road, Suite 300
Mineola, NY 11501
Tel: 800-727-6396 ▼ www.veritext.com

Proceedings recorded by electronic sound recording; transcript
produced by transcription service.

APPEARANCES:

FOR THE PLAINTIFF:                DEPARTMENT OF JUSTICE
                                  UNITED STATES ATTORNEY FOR THE
                                  SOUTHERN DISTRICT OF TEXAS
                                  Adam Goldman
                                  1000 Louisiana Street
                                  27th Floor
                                  Houston, Texas 77208
                                  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

HOUSTON, TEXAS; MONDAY, NOVEMBER 13, 2017; 11:00 AM

THE COURT:  The next case is U.S. v. Maria Angelica Moreno-Reyna and Eddie Alejandro Torres.  This is the same case?

MR. GOLDMAN:  Yes, it is, Your Honor.

THE COURT:  But this is for only counsel determination?

MR. GOLDMAN:  Yes, they've already been read the indictment.

THE COURT:  When did that happen?

MR. GOLDMAN:  Judge Johnson last week, Your Honor.

THE COURT:  Did she do what I did, read the whole thing?

MR. GOLDMAN:  No, she didn't have to read the whole thing.

THE COURT:  Okay, takes forever.

MR. GOLDMAN:  You can talk to her about (indiscernible).

THE COURT:  All right.  May I ask you, Ms. Maria Angelica Moreno-Reyna -- you're being assisted by the official court interpreter -- have you tried to hire a lawyer to represent you in this case?

MS. MORENO-REYNA:  Yes.

THE COURT:  But you're not able to hire a lawyer? You would like a court appointed lawyer?

MS. MORENO-REYNA:  Yes, ma'am.

THE COURT:  How about Eddie Alejandro Torres, have you tried to hire a lawyer.

MR. TORRES:  Yes, ma'am, but no --

THE COURT:  You're not able to hire a lawyer.

MR. TORRES:  Not able to hire --

THE COURT:  Did you fill out a financial affidavit like this, sir?

MR. TORRES:  Yes, I did.

THE COURT:  Beverly, do you have one for Mr. Torres?

CLERK:  I only have one for Ms. Reyna.

THE COURT:  You only have one for Ms. Moreno, okay. Let me ask you, Mr. Torres -- give me a blank one -- are you employed or have you been employed?

MR. TORRES:  I own my own dump truck company, so self-employed.

THE COURT:  Self-employed.  And what's the last date that you worked?  The last date?

MR. TORRES:  I would say two weeks from now.

THE COURT:  Two weeks ago?

MR. TORRES:  Two weeks ago.

THE COURT:  And can you estimate your monthly income in that business?

MR. TORRES:  Well, it depends.  If it's a rainy week, it's bad.

THE COURT:  Yeah, but more or less?

MR. TORRES:  More or less, between $800 and $1,500 a week.

THE COURT:  Okay.  And while you're in custody, you aren't able to operate that business.

MR. TORRES:  No.

THE COURT:  So, zero for now.

MR. TORRES:  Zero.

THE COURT:  Zero now.  Are you married?

MR. TORRES:  No, I'm divorced.

THE COURT:  Divorced.  Do you have children?

MR. TORRES:  I do, ma'am.

THE COURT:  How many do you have?

MR. TORRES:  I have three kids.

THE COURT:  How old are they?

MR. TORRES:  I have 18, 16, and 4 years old.

THE COURT:  And so you're responsible for the support of all of these children?

MR. TORRES:  Yes, ma'am.

THE COURT:  Do you own a car, a truck, other than your dump truck?

MR. TORRES:  I have another vehicle that is a F-150.

THE COURT:  And how much is that vehicle worth, more or less?

MR. TORRES:  About $4,000.

THE COURT:  And do you own any real estate, like a house?

MR. TORRES:  Yes.  I'm paying for a house.

THE COURT:  How much is the house worth?

MR. TORRES:  It's $1,480 a month, insurance, taxes, and capital.

THE COURT:  Do you have a mortgage?

MR. TORRES:  I'm sorry?

THE COURT:  A mortgage, do you pay a mortgage?

MR. TORRES:  I'm paying on the house.

THE COURT:  How much is your monthly payment?

MR. TORRES:  Well, that's --

THE COURT:  $1,480?  Is that the monthly payment? What's the value of the house?  Like the entire purchase price?

MR. TORRES:  It was 127 when I purchased it and now the appraisal said it's worth 140.

THE COURT:  Thank you.  Do you have money in a savings or a checking account?

MR. TORRES:  I sure don't, ma'am.

THE COURT:  All right.  Do you have income from other stuff, like rent income or stocks or bonds or disability income?

MR. TORRES:  No, ma'am.

THE COURT:  All right.

MR. TORRES:  No welfare income, no none of that.

THE COURT: No money in a checking or savings account or cash on hand?

MR. TORRES: No, ma'am.

THE COURT: All right. And Ms. Moreno, I see that you also answered the same questions in writing, and I would like you, Mr. Torres to sign this form.

All right, so each of you raise your right hand and swear to the facts in the form.

CLERK: Do each of you acknowledge that the information in the financial document is true and correct to the best of your knowledge and belief, so help you God?

MR. TORRES: Yes.

MS. MORENO-REYNA: Yes.

THE COURT: I find that you're both eligible for a court appointed lawyer. I will try to find a Spanish-speaking lawyer for you, Ms. Dominguez. For you, Mr. Torres, you can have an English-speaking lawyer, yes? Okay. And we'll find lawyers that are well versed in these federal criminal type of charges against you. And that lawyer will be assigned to you. Are they having a bail and an arraignment too?

MR. GOLDMAN: We haven't scheduled it, Your Honor.

THE COURT: Haven't scheduled it. I'm scheduling it. Are you moving to detain both of them?

MR. GOLDMAN: We did last week. We still are, Your Honor. And last week, I guess with the change of

circumstances, they were not financially eligible last week.

THE COURT:  All right.

MR. GOLDMAN:  Just for the Court's edification.

THE COURT:  Very good.  Well, I'm going to assign you a lawyer, and have a counsel determination on Wednesday, at what time?

CLERK:  10:00.

THE COURT:  At 10:00.  And then both of you will appear for a bail hearing and to enter a plea of not guilty, with your lawyers' help, on Monday at 2:00.  You'll be temporarily detained until your bail hearing.  It looks like you're both in the Federal Detention Center.  So, those are the two next court appearances for you both.  All right.  This hearing is adjourned.

MR. TORRES:  Yes, Your Honor.

THE COURT:  See you then.

MR. GOLDMAN:  May I be excused until 2:00, Your Honor?

THE COURT:  Yes.

MR. GOLDMAN:  Thank you.

(Hearing adjourned at 11:07 AM)

**\* \* \* \* \***

C E R T I F I C A T I O N


     I, Sonya Ledanski Hyde, court-approved transcriber,

certify that the foregoing is a correct transcript from the

official electronic sound recording of the proceedings in the

above-entitled matter.

Sonya M. Ledanski Hyde

Sonya Ledanski Hyde

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501


Date:  October 23, 2025