IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| USA | § | CASE NO. 4:17-cr-651 |
| | § | HOUSTON, TX |
| VERSUS | § | FRIDAY, |
| | § | DECEMBER 1, 2017 |
| MONTES et al. | § | 2:07 TO 2:16 PM |

INITIAL APPEARANCE OF MATERIAL WITNESS(ES)

BEFORE THE HONORABLE MARY MILLOY
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE PARTIES:             SEE NEXT PAGE

ELECTRONIC RECORDING OFFICER: G. CLAIR

COURT CLERK:                 CINDY JANTOWSKI

TRANSCRIPTION SERVICE BY:

Veritext Legal Solutions
330 Old Country Road, Suite 300
Mineola, NY 11501
Tel: 800-727-6396 ▼ www.veritext.com

Proceedings recorded by electronic sound recording; transcript
produced by transcription service.

                                APPEARANCES:

FOR THE PLAINTIFF:              DEPARTMENT OF JUSTICE
                                Adam Laurence Goldman
                                1000 Louisiana Street, 27th Floor
                                Houston, TX 77208
                                713-567-9534


FOR Y.E.M.C.:                   LOURDES RODRIGUEZ LAW FIRM
                                Lourdes Rodriguez
                                2001 Holcombe Boulevard
                                Unit 2004
                                Houston, TX 77030
                                713-222-8638

HOUSTON, TEXAS; FRIDAY, DECEMBER 1, 2017; 2:07 PM

MS. RODRIGUEZ:  I apologize.  I wasn't here this morning.

THE COURT:  That's fine.  (Indiscernible) said this. I don't know.  Did they tell you about it?

MS. RODRIGUEZ:  No.

THE COURT:  They didn't tell me about it.

MS. RODRIGUEZ:  I knew she was here but -- I mean I knew she was coming, but I thought she was in -- in the south.

THE COURT:  Was she arrested somewhere else?

MS. RODRIGUEZ:  Was she arrested here in Houston?

MR. GOLDMAN:  She was arrested -- part of that larger case Your Honor had.

THE COURT:  Yeah, but where?

MR. GOLDMAN:  At the Carriage Way Apartments.

MS. RODRIGUEZ:  So she was here.

MR. GOLDMAN:  She was in ICE custody.

THE COURT:  She was arrested here.

MS. RODRIGUEZ:  Yes, I guess so.  I mean the other three that I have were arrested somewhere else.  I'm sorry, Judge.

MR. GOLDMAN:  Yes.  So Your Honor, for the record, Ms. Rodriguez has two different aspects of the case.  She has three individuals representative of the Rio Grande Valley, and this individual who was arrested here in Houston.

THE COURT:  Because they're all material witnesses.

MS. RODRIGUEZ:  Yes.

THE COURT:  Okay.

MS. RODRIGUEZ:  Yes, Judge.

THE COURT:  Tell me your name, ma'am.

MS. MEIJA-CANALES:  Yesenia Elizabeth Mejia-Canales.

THE COURT:  And what was your mother's maiden name?

MS. MEIJA-CANALES:  Canales.

THE COURT:  And Ms. Meija, how old are you?

MS. MEIJA-CANALES:  31.

THE COURT:  And did you go to school at any place?

MS. MEIJA-CANALES:  Yes.  Just to sixth grade.

THE COURT:  And where did you go to school?

MS. MEIJA-CANALES:  In Honduras in a school called (Indiscernible).

THE COURT:  Thank you.  And can you read and write in Spanish?

MS. MEIJA-CANALES:  Yes.

THE COURT:  Can you read in English at all?

MS. MEIJA-CANALES:  No.

THE COURT:  I have appointed Ms. Rodriguez to be your lawyer.  The public will pay for her.  Have you had a chance to talk with Ms. Rodriguez before I came into the courtroom?

MS. MEIJA-CANALES:  Yes.

THE COURT:  I'm going to tell you some of the same

things that she has already told you.  If you have any questions about what I'm saying, let me know.

You have been brought to court.  And you are, at the moment, in the marshal's custody, but you are not accused of breaking any laws at this time.  Instead, there has been a criminal accusation made against a number of individuals who are going to have a trial here in Houston.

The lawyers for the government, like Mr. Goldman who's in court today, and the lawyers for those criminal defendants, the individuals accused of breaking the law, have told a judge that you have very important information about that criminal conduct.

Because you have that very important information, it's important that the public gets to know what you have to say.  However, to make certain that you get to go back home as soon as possible, instead of making you stay in Houston until the trial of all those people takes place, I'm going to order Mr. Goldman and the other lawyers, to get your information right away.

They will do that at something called a deposition. You will be placed under oath to tell the truth and answer the questions from the lawyers.  There will be a court reporter like this lady right here who will make a record of what your information is.  Ms. Rodriguez will be there to help you during the deposition.

As soon as the deposition is over, you will be sent back to Honduras to reunite with your family.

MS. RODRIGUEZ:  I think there's something in the works, Judge.

THE COURT:  I beg your pardon.

MS. RODRIGUEZ:  There's something in the works that depending on her conduct.  Yes.

THE COURT:  All right.  If that's what you wish. Because the lawyers think your information is so important, they want to be certain that you are available to let them know what you know about this criminal activity.

So for that reason, I'm going to place you on a $5,000 bond with the promise that you appear for that deposition that will be scheduled.  If you cannot pay that $5,000, the marshal will keep you in custody until that deposition is over.  Do you understand what I just said?

MS. MEIJA-CANALES:  Yes.

THE COURT:  Mr. Goldman, has the consulate been notified about Ms. Mejia?

MR. GOLDMAN:  The immigration officers give her that information to let her contact them.

THE COURT:  No.  The immigration officers contact them.

MR. GOLDMAN:  Have they contacted them directly, no they have not yet.

THE COURT:  Well they need to do that.

MR. GOLDMAN:  I'll have them do that, Your Honor.

THE COURT:  So that she will have the opportunity, if she wishes, to have assistance from the consulate as well.

MR. GOLDMAN:  I'll make sure that's done immediately, Your Honor.

THE COURT:  When is this deposition set?

MR. GOLDMAN:  We have not set it yet, Your Honor.  We actually believe that there's a chance she might be released. We're going to ask for -- she can stay in the courtroom for five minutes afterwards.  We might make arrangements for that. She doesn't --

THE COURT:  Then why didn't we do that before?

MR. GOLDMAN:  We needed counsel -- she needed counsel, Your Honor.  There were a lot of (indiscernible) about her having an attorney to explain the process.

THE COURT:  I want the deposition taken within ten days.  So you will either be released, or they will take your deposition and then you'll be released, within ten days of today.  Do you have any questions about that?

MS. MEIJA-CANALES:  Just I don't want to be locked up where I was being held.

THE COURT:  And where were you being held?

MS. RODRIGUEZ:  Conroe, Your Honor.  There are some material witnesses that I know they have been held in Fort Bend

County.  And because they don't have co-defendants out there, they put them in jail population.  So if they -- if the marshal --

THE COURT:  That's ridiculous.  Was she in the general population?

MS. RODRIGUEZ:  No, she's not.  In Conroe she's not because --

THE COURT:  Okay.

MR. GOLDMAN:  She was in ICE custody, Your Honor.

MS. RODRIGUEZ:  Because they have too many co-defendants.

THE COURT:  She's not in ICE custody obviously.

MR. GOLDMAN:  Well as of today, Your Honor.  But before, that's where she was.  She was in ICE custody (indiscernible).

MS. RODRIGUEZ:  So if she can be transferred to Fort Bend, it would make her a lot easier.

THE COURT:  I thought you said in Fort Bend they were in the general population.

MS. RODRIGUEZ:  No -- yes.  But there are no co-defendants that they have to be protected from.  That's what happens at the FBC and Conroe, that they have too many of the people accused.

THE COURT:  Do you want to move to another -- you will be in custody, but you want to move to a different

facility?

MS. MEIJA-CANALES:  Yes, I just don't want to be locked up in that one.  And I need to make a call to my son.  I wasn't allowed to make a call either.

THE COURT:  Okay.  Where is your son?

MS. MEIJA-CANALES:  Here in Houston.

THE COURT:  You can call him from this building.  Marshals, move Ms. Mejia to Fort Bend.  This is silly.  She shouldn't be with the defendants.  That's wack-a-doodle.  Okay.  Anymore questions for me?

MS. MEIJA-CANALES:  No.

THE COURT:  All right.  Ms. Jantowski, in front of you, is preparing the bond paper, the $5,000 bond.  Ms. Rodriguez can explain it to you.  Ms. Jantowski will have you swear when you sign it, okay?  All right.  And definitely call your son.  Okay.

MS. MEIJA-CANALES:  Thank you.

THE COURT:  You all take care of whatever you're going to take care of, and I hope you're released today.

MS. RODRIGUEZ:  Thank you, Judge.

THE COURT:  Thank you.  That's all right.  You're welcome.  Good luck.  But definitely have the consulate notified.

MR. GOLDMAN:  We'll have the consulate notified.

THE COURT:  And let them know that she will be in

Fort Bend because she shouldn't be in the general population.

MR. GOLDMAN:  Your Honor, just for the explanation, when she was at Joe Corley, she was in ICE detention there.

THE COURT:  Yeah.  But if they put her with the defendants.

MR. GOLDMAN:  I do not believe they put her with the defendants.

MS. RODRIGUEZ:  That's why she said in a locked room by herself.

MR. GOLDMAN:  They put her segregated from the defendants.

MS. RODRIGUEZ:  And said segregated.  She's --.

THE COURT:  Well why would she be different in Fort Bend?

MS. RODRIGUEZ:  Over at -- because --

THE COURT:  There are no defendants.

MR. GOLDMAN:  No defendants there.

THE COURT:  I'm sorry.  Now I get it.  Okay.  All right.  All right.  (Indiscernible).  Thank you.

MR. GOLDMAN:  Thank you, Your Honor.

(Hearing adjourned at 2:16:58 p.m.)

*  *  *  *  *

C E R T I F I C A T I O N

     I, Sonya Ledanski Hyde, court-approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

Sonya Ledanski Hyde

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date:  October 23, 2025