```
                     UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF TEXAS (HOUSTON)

UNITED STATES OF AMERICA,       .  Case No. 4:17-cr-00651-11
                                .
              Plaintiff,         .
                                .
      v.                        .
                                .
DENIS AMAYA CABALLERO,          .  515 Rusk Street
                                .  Houston, TX 77002
              Defendant.        .
                                .  Thursday, October 23, 2025
. . . . . . . . . . . . . . . . .  2:08 p.m.
```

TRANSCRIPT OF SENTENCING HEARING
BEFORE THE HONORABLE CHARLES ESKRIDGE
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Department of Justice<br>United States Attorney for the<br>Southern District of Texas<br>By:  ADAM LAURENCE GOLDMAN, ESQ.<br>1000 Louisiana Street, 27th Floor<br>Houston, TX 77208<br>(713) 567-9534 |
| For the Defendant: | J. Raynor Carr & Associates, P.C.<br>By:  JOYCE A. RAYNOR, ESQ.<br>9894 Bissonnet, Suite 320<br>Houston, TX 77036<br>(713) 988-5533 |
| Audio Operator: | April Cavazos, ECR |
| Transcription Company: | Access Transcripts, LLC<br>10110 Youngwood Lane<br>Fishers, IN 46048<br>(855) 873-2223<br>www.accesstranscripts.com |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

(Proceedings commence at 2:08 p.m.)

THE COURT:  All right.  I call -- excuse me -- for sentencing Criminal Cause Number 17-651-11, United States v. Denis Amayo Caballero.  Can I get appearance of counsel, please?

MR. GOLDMAN:  Yes, good afternoon, Your Honor.  Adam Goldman for the United States.

THE COURT:  Thank you.

MS. RAYNOR:  And Attorney Joyce Raynor for Denis Caballero.

THE COURT:  Thank you, Ms. Raynor.

Mr. Caballero, you'll have the opportunity to address me today.  And I may have some questions for you, so I need to have you under oath.

Can you raise your right hand, please?

(Defendant sworn)

THE COURT:  All right.  Thank you.  You understand you're under oath to tell the truth?

THE DEFENDANT:  Yes, of course, I do.

THE COURT:  If you don't understand any of my questions or what's going on in the proceedings, you can let me know and I'll clarify, okay?

THE DEFENDANT:  Okay, thank you.

THE COURT:  And if you want to talk to your counsel privately, you can do so at any time.  Just let me know.  All

right?

THE DEFENDANT:  Okay, thank you.

THE COURT:  All right.  In advance of the hearing, I have received and reviewed the written plea agreement, a statement of no objections filed by the Government that also has a motion within it, a statement of no objections filed by the defendant, an addendum to the presentence report, and a sentencing recommendation from Probation.  Is there anything else I should have seen before now?

MR. GOLDMAN:  I don't believe so, Your Honor.

MS. RAYNOR:  Did you say a statement of no objections from the defense, Your Honor?

THE COURT:  I think I saw no objections filed, and so let me look.  There is a statement of no objections filed by the defendant, yes, okay.

All right.  And so I have a statement as such from both.  So with no objections having been filed, I adopt the findings in the presentence report in their entirety.

Mr. Goldman, are there counts as to this defendant to be dismissed?

MR. GOLDMAN:  Yes, Your Honor, it will be Count 21.

THE COURT:  All right.  That will be dismissed at the conclusion of these proceedings.

MR. GOLDMAN:  Thank you, Your Honor.

THE COURT:  And I do accept the provisions of the

plea agreement now.

All right.  I calculate the following advisory guideline range at -- I've accepted the presentence report, total offense level of 11, criminal history category of 1, guideline prison range of 8 to 14 months, ineligible for probation, supervised release term of 1 to 3 years, fine between $4,000 and $40,000, and a special assessment of $100.

Any objections or clarifications of that for the record?

MR. GOLDMAN:  None by the United States, Your Honor.

MS. RAYNOR:  And none by the defense, as well.

THE COURT:  All right.  Mr. Goldman, do we need to proceed?  I'm not sure who else is here.

Do we need to seal?  I have court staff here.

MR. GOLDMAN:  I believe it's just law enforcement, Your Honor.  I know that his son is here.  I'm not sure who else is here on that side.

THE COURT:  And, Ms. Raynor, any need to seal the courtroom before we take up the motion by the Government?

MS. RAYNOR:  One moment.

(Counsel confer)

THE COURT:  Oh, there are?  Okay.  I'll ask them to step out.

Thank you very -- I guess you overheard me.  Yeah. For the next case, if y'all could step out.  We'll be five or

ten minutes.  Thank you.

And with that, I think that -- do you have any other concerns?

MS. RAYNOR:  No, Your Honor.

THE COURT:  Okay.  All right.  We'll proceed now.

(Sealed portion from 2:12 p.m. to 2:32 p.m. contained in separate volume)

(Proceedings concluded at 2:32 p.m.)

* * * * *

**C E R T I F I C A T I O N**

I, Alicia Jarrett, court-approved transcriber, hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_____

ALICIA JARRETT, AAERT NO. 428    DATE: November 13, 2025

ACCESS TRANSCRIPTS, LLC