UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Cause No. 4:17-CR-651-5 |
| § | |
| MARIA ANGELICA MORENO-REYNA § | |

### UNITED STATES' UNOPPOSED MOTION FOR FINAL ORDERS OF FORFEITURE

The United States moves for final orders of forfeiture for the net sales proceeds from two real properties that defendant Maria Angelica Moreno Reyna admits were subject to forfeiture. No third parties have filed petitions claiming an interest in the property, so this motion is unopposed.

Defendant Maria Angelica Moreno-Reyna pleaded guilty on December 11, 2023, to Counts 1 and 4 of the Indictment (Dkt 727), both related to Sex Trafficking by Means of Force, Threats, Fraud, and Coercion (18 U.S.C. §§ 1594(c) and 1591(a)).

On September 16, 2025, the Court signed a Preliminary Order of Forfeiture (Dkt 1130), which preliminarily forfeited the net sales proceeds from two real properties. The United States published notice of the forfeiture for at least 30 consecutive days, starting on September 25, 2025, for the Irvington property net sales proceeds (Dkt 1245); and starting on October 22, 2025, for the Yorkshire net sales proceeds (Dkt 1327). More than 60 days have passed since the first dates of publication.

On November 5, 2025, the United States *personally* served notice of forfeiture on title holder Petra Reyna Moreno (Dkt 1288), and more than 30 days have passed. Despite publication and direct notice, no party has filed a petition claiming an interest in the net sales proceeds of either real property, and the deadline to do so has passed.

Because no party filed a timely petition asserting a claim to the property listed in the Order, any third parties are barred from making a claim and should be held in default. 21 U.S.C. § 853(n)(7).

Pursuant to FED.R.CRIM.P. 32.2(b)(4)(A), and pursuant to Defendant's consent in her Plea Agreement (Dkt 727), the forfeiture of the property was final as to the Defendant at the time the Preliminary Order of Forfeiture was entered. Furthermore, the Defendant has been sentenced. The forfeiture should now be made final as to all parties.

Pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the United States moves that the Court enter a Final Order of Forfeiture for each asset. Two separate proposed orders are attached for the Court's consideration.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

By:   *s/Kristine E. Rollinson*
Kristine E. Rollinson
Adam Goldman
Assistant United States Attorneys
1000 Louisiana, Suite 2300
Houston, Texas 77002
Phone 713-567-9000

## CERTIFICATE OF SERVICE

A true and correct copy of this Motion was served on all parties via electronic court filing on December 29, 2025.

*s/ Kristine E. Rollinson*
Kristine E. Rollinson
Assistant U.S. Attorney