IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

– – –

THE HONORABLE GRAY H. MILLER, JUDGE PRESIDING

THE UNITED STATES OF          )
AMERICA,                      )
                              )
        Plaintiff,            )
                              )
v.                            )          NO. 4:17-CR-00651-12
                              )
FREDDY MONTES, ET AL.,        )
                              )
        Defendants.           )

AS TO DEFENDANT GABRIELA GONZALEZ-FLORES
TELEPHONE CONFERENCE
OFFICIAL REPORTER'S TRANSCRIPT OF PROCEEDINGS
Houston, Texas
April 21, 2022

APPEARANCES:

For the Plaintiff:
  Adam Goldman, Esq.
  Department of Justice
  United States Attorney's Office
  1000 Louisiana Street, Suite 2300
  Houston, Texas 77002
  Telephone: 713-567-9000

For Defendant Victor Gonzalez:
  David P. Cunningham, Esq.
  2814 Hamilton Street
  Houston, Texas 77004
  Telephone: 713-225-0325

For Defendant William Lopez:
  Sean Buckley, Esq.
  13334 Seaway Road, Suite 202
  Gulfport, Mississippi 39503
  Telephone: 228-933-4411

For Defendant Jose Palermo-Martinez:
  Philip G. Gallagher, Esq.
  Assistant Federal Public Defender
  440 Louisiana Street, Suite 1350
  Houston, Texas  77002
  Telephone: 713-718-4600

For Defendant Gabriela Gonzalez-Flores:
  Gerardo S. Montalvo, Esq.
  1111 North Loop West, Suite 820
  Houston, Texas 77008
  Telephone: 713-526-5002

For Defendant Walter Lopez:
  James Ray Alston, Esq.
  1415 North Loop West, Suite 905
  Houston, Texas 77008
  Telephone: 713-228-1400

For Defendant Eddie Alejandro Torres:
  Larry Eastepp, Esq.
  800 Bering Drive, Suite 220
  Houston, Texas 77057
  Telephone: 713-255-3388

For Defendant Jose Luis Moreno:
  Ali R. Fazel, Esq.
  5373 West Alabama Street, Suite 600
  Houston, Texas 77056
  Telephone: 713-526-6020

For Defendant Hector Reyna:
  Quentin Tate Williams, Esq.
  Hilder & Associates
  819 Lovett Boulevard, Suite 1`
  Houston, Texas 77006
  Telephone: 713-655-9111

For Defendant Bianca Reyna:
  Thomas B. Dupont, II, Esq.
  915 Franklin Street, Unit 7M
  Houston, Texas 77002
  Telephone: 713-682-1800

For Defendant Erik Ivan Alvarez-Chavez:
  Adrian Almaguer, Esq.
  P. O. Box 262406
  Houston, Texas 77207
  Telephone: 713-861-1392


Reported by:   Mary Nancy Capetillo, CSR, RPR, TRR
               Official Court Reporter
               United States District Court
               Southern District of Texas
               nancycapetillo133@gmail.com

     Proceedings reported by computerized stenotype

machine.

PROCEEDINGS

THE COURT:  Good morning.  This is Judge Miller.  Let's start at the top.  This is a telephone status conference in criminal case 17-651, United States of America versus Freddie Montes and others.  Who is on the phone for the government?

MR. GOLDMAN:  Good morning, Your Honor. Adam Goldman for the United States.

THE COURT:  All right.  Mr. Goldman, good morning.  And let's see.  Freddy Montes.  Is Ms. Pastorini on the phone?

Nope.

Victor Gonzalez.  Is Mr. Cunningham on the phone?

MR. CUNNINGHAM:  I am, Your Honor.  Good morning.

THE COURT:  Good morning, Mr. Cunningham.

Maria Moreno Reyna.  Is Mr. Duke on the phone?

THE CASE MANAGER:  Judge, Mr. Duke called and said he would not be attending because his client is going to plead.

THE COURT:  Okay.  Thank you.

All right.  So Mr. William Lopez.  Is Mr. Buckley on the phone?

MR. BUCKLEY:  Good morning, Your Honor. I'm here.

THE COURT:  All right.  Thank you.  Good morning.

Let's see.  Erik Alvarez-Chavez.  Is Mr. Almaguer on the phone?

Okay.  I take it, he's not.

Jose Palermo-Martinez.  Is Mr. Gallagher on the phone?

MR. GALLAGHER:  Yes, Your Honor.  Good morning.

THE COURT:  Good morning, Mr. Gallagher.

Gabriela Gonzalez-Flores.  Mr. Montalvo?

MR. MONTALVO:  Yes, I'm here.  Good morning, Your Honor.

THE COURT:  Good morning.

Walter Lopez.  Mr. Alston, is he on the phone?

MR. ALSTON:  I'm on the phone, Your Honor. Good morning.

THE COURT:  Okay.  Good morning.  Thank you.

Eddie Alejandro Torres.  Mr. Eastepp? Mr. Eastepp, are you on the phone?

MR. EASTEPP:  I'm on the phone, Judge.

Good morning.

THE COURT:  All right.  Good morning. Thank you.

Jose Luis Moreno.  Mr. Fazel?

MR. FAZEL:  Good morning, Your Honor.  I'm on the phone as well.

THE COURT:  Okay.  Thank you.  Good morning.

Hector Reyna.  Is Mr. Williams on the phone?

MR. WILLIAMS:  Yes, Your Honor.  I'm on the phone.  Good morning.

THE COURT:  Okay.  Good morning.  Thank you.

Bianca Reyna.  Is Mr. Dupont on the phone?

MR. FAZEL:  He's in trial in State court, Judge.

THE COURT:  All right.  State court.

MR. ALMAGUER:  Good morning, Your Honor. Adrian Almaguer for Erik Ivan Alvarez.

THE COURT:  All right.  Good, Mr. Almaguer.  Good morning.

All right.  So let's see.  The only person that we might need is Ms. Pastorini for Mr. Montes which she is not on the call.  Does anybody know what's up

with her?

MR. FAZEL:  Your Honor, Ali Fazel.  Last time I saw Ms. Pastorini, she was in trial in Chris Morton's court, in State court; and that was, I believe, Monday.

THE COURT:  Okay.  So she may be in trial. All right.  Okay.  So it kind of feels like Groundhog Day every time we get together.  Where do we -- where do we stand?  I'll start with Mr. Goldman.

MR. GOLDMAN:  Yes, Your Honor.  I believe that of our 12 remaining individuals in the case, six are -- either have actually -- have either requested plea dates, had a plea date set, or indicated they are about to request a plea date.  So that's six individuals.

For three other individuals I've been in a very deep discussion.  I think -- I think we're very close to coming to an agreement.

And for two others, we've been in discussion; but we're not sort of at a close resolution of that.  I guess it would be a nice way to put it.  And I think one of the individuals indicated that -- I haven't talked to that attorney; but that might be a trial, an individual.

THE COURT:  Okay.  I think that was kind

of what we talked about last time that there may be one or two that may end up needing a trial but that the rest of them were potential pleas anyway.

MR. GOLDMAN:  Yes, Your Honor.  So I know that Mr. Duke for Defendant Maria Montes, she already has a date set for May 11th.

Mr. Dupont was about to get a date set by Ms. Guerrero, but then he got called to trial.

And I believe two other individuals will be making -- or two -- in fact, three other individuals today might be contacting Ms. Guerrero for dates.

THE COURT:  All right.  So Ruth is going to be busy.

MR. GOLDMAN:  Yes, Your Honor.

THE COURT:  All right.  And me, too, looks like.  Okay.  Well, thank you for the update, Mr. Goldman.

Mr. Fazel, do you have anything for the good of the Defense bar on this?  Anything to add?

MR. FAZEL:  Your Honor, just briefly.  And I apologize.  I'm in a car.  So I apologize for any background noises, but I just want to let the Court be aware that I did send out an email to all Defense counsel regarding discovery.

Discovery has been provided to all.  There

is a voluminous amount of discovery as far as recordings from pole cams are concerned, and that is something that -- what we've done is basically asked the counsels that are going to go to trial to let us know so that we can provide that to them.  The government has provided us separate emails and videos that indicate where individual defendants are on the videos.  That has been provided to all counsel as well.

So I think as far as discovery is concerned, we're in a position where the government has provided to everybody; and we have disseminated to most people, if I'm not mistaken, all that is necessary.  And that's relating to -- let me be specific -- relating to the pole cams; and that was a big, big concern and a big job.  We were not -- we did not choose to file a motion with the Court and have that information put on the cloud.  That would have been extraordinarily expensive; and given the fact that only certain folks would need it, I thought it best to preserve it that way and then wait to find out who needs it and perhaps just send them with -- a drive with that information on it.

THE COURT:  Okay.  All right.  Well, that sounds like a good plan.  Does anybody else have anything from the Defense side, any particular problems or issues that we need to address while we're on the

phone together?

I take it by your silence that you don't, which is good.  All right.  So do we need to have another telephone status conference set in this case, or are we at the point where we know who's going to plead and who's not?

MR. WILLIAMS:  Your Honor, I -- sorry.

MR. FAZEL:  I would recommend another status conference.  I was listening to the government go through the list of folks, and I know he was trying to be tactful about it; but I don't know who those lists consist of.  I know that I've had some conversations with the government regarding my client, and I will continue to engage in our conversations as much as necessary; but I think these phone conferences do assist in obtaining some movement on these plea negotiations with us being able to get ahold of the government and vice versa.  So I would recommend something that -- setting these conferences I think are helpful.

THE COURT:  That was Mr. Fazel.

MR. FAZEL:  I'm sorry.  Ali Fazel.

THE COURT:  No worries.  Okay.  Did anybody else have anything else to say?

MR. WILLIAMS:  Yes, Your Honor.  This is Tate Williams on behalf of Hector Reyna.

I believe that another status conference would be fruitful for -- I mean a number of people have indicated they're going to plead.  They haven't yet.  It will help actually refine the list and shake things out, as Mr. Fazel said.  I think it will be fruitful for my individual client in our discussions regarding potential pleas and one narrow discovery issue with the government as well if -- you know, for another status conference. It's not -- I don't believe it's necessary for us to get a true scheduling order yet.

THE COURT:  All right.  So what do you think?  30 days?  60 days?

MR. WILLIAMS:  I would say -- I was going to say six weeks.  So I was going to say the beginning of June.

THE COURT:  All right.  We can do that. Ruth will pick a date and time for another telephone status conference and get it out for the lawyers; and then we'll be off to the races, I guess, after that.

Did anybody else have anything that they needed to talk about?

All right.

THE CASE MANAGER:  And, Judge, it's Ruth.

THE COURT:  Yes.

THE CASE MANAGER:  And, as far as a

setting, it will have to be early.  We have a bunch of trials.  So it will have to be early or at lunchtime or something like that.

THE COURT:  Yeah.  We'll probably have to do it at lunch.  That's right.  Okay.  All right.  Well, we can do it; and we will.  So we'll let you know, and keep working on it.

MR. WILLIAMS:  Yes, Your Honor.

THE COURT:  Thank you.  Thank you, Mr. Goldman, for getting all of the discovery finally done on the pole cam stuff.

MR. GOLDMAN:  Actually, Your Honor, the credit goes to a gentleman named Ben Dietz in our office.  He did all the work.  I really would feel horrible taking credit for his work.

THE COURT:  All right.  Well, tell him -- tell him congratulations.  It helped to move the case along.  All right.  So we're adjourned.  Thank you.

(Proceedings concluded.)

* * * * *

I, Mary Nancy Capetillo, certify that the foregoing is a correct transcript from the record of proceedings in the above matter.

February 16, 2025
                          /s/MaryNancyCapetillo
                          Signature of Court Reporter