UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL CASE NO. 4:17–cr–00651 |
| vs. | § § § § § § | JUDGE CHARLES ESKRIDGE |
| Freddy Montes, et al. Defendant. | | |

NOTICE OF SETTING

Take notice that a Nebbia Hearing is set as follows:

Tuesday, March 4, 2025, at 09:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002