UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIM. NO. 4:17-CR-651-1** |
| | § | |
| **FREDDY MONTES** | § | |
| | § | |
| **Defendant.** | § | |

## MOTION TO APPOINT ADDITIONAL COUNSEL

Comes now, the Defendant FREDDY DAVID MONTES, by and through his attorney of record and makes this his request that additional counsel be appointed to assist in the defense of the above styled matter. Defendant further request that the additional counsel have federal appellate skills and qualifications.

WHEREFORE, PREMISES CONSIDERED, Defendant Montes requests that this Motion be, in all things, granted.

Respectfully submitted,

/s/ Windi Akins Pastorini
WINDI AKINS PASTORINI
440 Louisiana, Suite 200
Houston, Texas  77002
(713)236-7300
(713)224-2815 Fax
STATE BAR NO.:00962500
***Attorney for Defendant***

1

## **CERTIFICATE OF CONFERENCE**

I, the Defendant's counsel, certify that I am serving a copy of this motion for continuance on Assistant United States Attorney Adam Laurence Goldman:

>Office of the United States Attorney
>for the Southern District of Texas
>1000 Louisiana, Suite 2300
>Houston, TX 77002

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2026. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for CM/ECF via email to all parties.

>/s/Windi Akins Pastorini
>WINDI AKINS PASTORINI