United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | CRIMINAL ACTION NUMBER 4:17-cr-00651-001 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| FREDDY MONTES, Defendant. | § § | |

## ORDER

The motion by Defendant Freddy Montes to appoint additional counsel is DENIED. Dkt 1400.

The response by the Government adequately explains that current counsel has had access to all relevant materials and has been present at all proceedings relevant to the remaining issues. Dkt 1401. It is also noted that the motion itself is spare in the extreme, providing no information as to why appointment of additional counsel is necessary or appropriate at this stage of the case.

SO ORDERED.

Signed on March 2, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge